## Jean Marlowe, Appellant, v. Chicago Title and Trust Company, Trustee, Appellee.

### Gen. No. 42,272.

opinion filed May 2, 1944. Milton M. Adelman, for appellant; Miller, Gorham, Wescott & Adams, for appellee; Sidney S. Gorham, Jr. and Alphonse H. Aymond, Jr., of counsel. Opinion by JUSTICE SULLIVAN. Not to be published in full.